IN THE UNITED STATES DISTRICT
COURT FOR THE MIDDLE DISTRICT

2005 NOV -7 A 9:37

BARRETT GAINES
Petitioner
  Vs
Gwendolyn Mosely et al

CASE No.
2:05CV1052-T

## Memorandum

Comes now, Barrett Gaines, Petitioner, in the above styled, Process seeking Relief in this Honorable Court.

## Statement of Facts

On February 14, 2003, Petitioner was involved in a fight with another inmate. It was discovered and he was arrested by Officer Alan Shipman. But he was not served a charge until March 7th, 2003. A clear violation of his procedural Due Process. He was found guilty on March 13, 2003. It was approved by Warden Jones that he lose

(1)

2 years good-time, and 45 days loss of all good-time. Petitioner filed a Habeas Corpus with Barbour County Circuit Court and it was Dismissed June 2, 2005. He appealed to Court of Criminal Appeals and it was affirmed October 21, 2005.

<u>LAW</u>

1. The Respondents violated Petitioner's Due Process when they failed to serve him a charges in ten(10) calendars days as stipulated by <u>Administration Regulation 403    Section III</u>

A. "The arrest should be made with 10(ten) calendar days after the violation is reported, discovered.

B. "The charges should be served within ten(10) calendar days after the inmate is arrested or charged.

(2)

<u>Regulation 403 II A and D</u> contains mandatory language therefore the disciplinary charge should of been voided after it was not served in fifteen calendar days. (Dace v. Mickelson, 797 F.2d 576 (8th Cir. 1986))

Similarly, the Seventh Circuit has held that a liberty interest may be created by institutional policies. In this case Petitioners Due Process was violated, when DOC failed to recognize it's own regulations, and guidelines. (Parker v. Corrothers 750 F.2d 1253)

<u>Conclusions</u>

1. Respondents violated Petitioner's Procedural Due Process, therefore his Bad time should be restored and all court costs be paid by Respondents.

(3)

DONE THIS 24TH DAY OF October 2005

Garrett Goines
Garrett Goines
Pro Se
200 Wallace Dr.
Clio, AL. 36017

(4)