IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

_____

GARRETT LEON GAINES, #173 280          *

     Petitioner,                          *

          v.                          *    CIVIL ACTION NO. 2:05-CV-1052-T

WARDEN GWENDOLYN MOSLEY, *et al.*,          *

     Respondents.                         *

_____

## ORDER ON MOTION

     Upon consideration of Petitioner's motion for leave to proceed *in forma pauperis*

(Doc. No. 3), it is

     ORDERED that the motion  be and is hereby GRANTED.

     Done this 8th day of November 2005.


**/s/ Delores R. Boyd**
DELORES R. BOYD
UNITED STATES MAGISTRATE JUDGE