IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

_____

| | |
|---|---|
| GARRETT LEON GAINES, #173 280 | * |
| Petitioner, | * |
| v. | *   CIVIL ACTION NO. 2:05-CV-1052-T |
| WARDEN GWENDOLYN MOSLEY, *et al.*, | * |
| Respondents. | * |

_____

**ORDER ON MOTION**

Upon consideration of Petitioner's motion to amend objections (Doc. No. 7), and for good cause, it is

ORDERED that the motion be and is hereby GRANTED.

Done this 29th day of November 2005.

        **/s/ Delores R. Boyd**
        DELORES R. BOYD
        UNITED STATES MAGISTRATE JUDGE