IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA OF
NORTHERN DIVISION

| | |
|---|---|
| GARRETT LEON GAINES, #173 280 | ) |
| | ) |
|    Petitioner, | ) |
| | ) |
| v. | ) CIVIL ACTION No.2:05-CV-1052-WKW |
| | ) |
| WARDEN GWENDOLYN MOSLEY, *et al.*, | ) |
| | ) |
|    Respondents. | ) |

## **O R D E R**

After an independent review of the file, it is the order, judgment and decree of the court:

(1) The petitioner's Objections to the Magistrate Judge Recommendation (Doc. # 6) filed on November 28, 2005 are overruled;

(2) The Recommendation of the United States Magistrate Judge entered on November 8, 2005 (Doc. 4) is adopted;

(3) Petitioner's application for habeas corpus relief be summarily DISMISSED.

Done this 20th day of January, 2006.

                                               /s/ W. Keith Watkins
                                             UNITED STATES DISTRICT JUDGE