IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA OF
NORTHERN DIVISION

| | |
|---|---|
| GARRETT LEON GAINES, #173 280 ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | CIVIL ACTION No.2:05-CV-1052-T |
| ) | |
| WARDEN GWENDOLYN MOSLEY, *et al.,* ) | |
| ) | |
| Respondents. ) | |

# **FINAL JUDGMENT**

Upon consideration of the prior proceedings, opinions and orders entered in this case, it is

ORDERED and ADJUDGED that judgment is entered in favor of the respondents and against the petitioner and that this action is dismissed.

Done this 20th day of January, 2006.

/s/  W.  Keith Watkins
UNITED STATES DISTRICT JUDGE